KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM CLARK, Individually, | ) ) ) | 2-18-cv-00392-APG-PAL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MIRAGE CASINO HOTEL, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**STIPULATION TO CONTINUE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, ECF 21**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, WILLIAM CLARK, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant MIRAGE CASINO HOTEL, INC., by and through its undersigned counsel, LISA A. McCLAINE, ESQ., of the firm of Jackson Lewis P.C., that the Plaintiff's response to the Defendant's motion for summary judgment, ECF 21, is presently due by November 21, 2018. Plaintiff's Counsel needs additional time to complete the response and the parties stipulate to extend the response deadline to November 28, 2018.

This is the first request by stipulation for an extension of time for the Plaintiff's response to the Defendant's motion for summary judgment. There have been no previous

requests by motion to extend this filing deadline, as well.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

/s/ Lisa A. McClane
LISA A. McCLANE, ESQ.
Nevada Bar No: 10139
Jackson Lewis P.C.
3800 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
Attorney for Defendant
(702) 921-2460

Dated: 11/14/18

Dated: 11/14/18

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: November 15, 2018.

UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff