Elayna J. Youchah, Bar #5837
Lisa A. McClane, Bar #10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
elayna.youchah@jacksonlewis.com
lisa.mcclane@jacksonlewis.com

*Attorney for Defendant*
*Mirage Casino-Hotel, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CLARK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIRAGE CASINO-HOTEL, INC., a Nevada Corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00392-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, all parties hereby stipulate to extend the time for Defendant to file its Reply in Support of its Motion for Summary Judgment (ECF No. 21). This is the parties' first request to extend this deadline. This request is sought in good faith and not for purposes of undue delay.

This extension is necessary because Defense Counsel who has primarily handled this matter, has had an unexpected emergency that requires her attention out of the office.

Therefore, Plaintiff's counsel has agreed and the Parties hereby stipulation that Defendant shall have up to and including December 27, 2018, to file its reply in support of its motion for summary judgment.

Dated: December 5, 2018.                    Dated: December 5, 2018.

*/s/Elayna J. Youchah*
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendant Mirage Casino-Hotel, LLC*

*/s/ Kirk T. Kennedy*
Kirk T. Kennedy
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorney for Plaintiff William Clark*

**ORDER**

IT IS SO ORDERED this 6th day of December, 2018.

UNITED STATES DISTRICT JUDGE